UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

UNITED STATES OF AMERICA,       :
           :
    -against-         :
           :
MARVIN FORSYTHE,         :       1:25-mj-2204-GHW
           :
         Defendant.  :       ORDER

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/2025

GREGORY H. WOODS, United States District Judge:

A proceeding in this matter will take place on December 5, 2025 at 12:00 p.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: November 26, 2025

_____
GREGORY H. WOODS
United States District Judge